# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 22-CR-430 |
| | : | |
| JUAN CARLOS VENTURA AMPARO | : | |
| *Defendant.* | : | |

### ORDER

**AND NOW**, this **11th** day of **December 2023**, upon consideration of Defendant's Motion to Suppress (ECF No. 42), the Government's Response in Opposition (ECF No. 44), Defendant's Reply (ECF No. 46), and Oral Argument held before the Hon. Chad F. Kenney in Courtroom 11B on October 4, 2023 (*see* Transcript at ECF No. 48), it is **hereby ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion (ECF No. 42) is **DENIED**.

BY THE COURT:

*/s/ Chad F. Kenney*

_____
**Chad F. Kenney, Judge**