**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **No. 22-CR-430** |
| | : | |
| **JUAN CARLOS VENTURA-AMPARO** | : | |
| *Defendant.* | : | |

## ORDER

  **AND NOW**, this **16** day of **September 2024**, upon consideration of Defendant Juan

Carlos Ventura-Amparo's Motion to Withdraw Guilty Plea (ECF No. 108) and the

Government's Response in Opposition (ECF No. 114) it is hereby **ORDERED** this Motion (ECF

No. 108) is **DENIED**, for the reasons stated in the Court's memorandum. Sentencing remains

scheduled for **September 25, 2024, at 9:00 a.m**. (*see* ECF No. 117).


       **BY THE COURT:**

       **/s/ Chad F. Kenney**

       _____

       **CHAD F. KENNEY, J.**